# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  *Tijerina v. Alaska Airlines, Inc. et al*     <u>Case Number:</u>  **22-cv-00203-JLS-BGS**

<u>Hon. Bernard G. Skomal</u>

On September 8, 2022, the parties jointly contacted the Chambers of Judge Skomal wherein Defendant sought to modify the scheduling order, while Plaintiff did not agree to the extension. Magistrate Judge Bernard G. Skomal spoke to the parties regarding this issue, as well as the parties' Joint Brief (ECF No. 20).  Without deciding the merits of the parties' Joint Brief (ECF No. 20), in the interest of justice, the Court extends the fact discovery deadline by 45 days.

Accordingly, the fact discovery deadline is extended from September 12, 2022 until **<u>October 27, 2022</u>**.  No other deadlines in the Court's Scheduling Order are modified.  Further, the Court finds the parties' Joint Brief (ECF No. 20) as **MOOT** in light of this extension.

**IT IS SO ORDERED**.

Date:  September 8, 2022                                                                                  Initials:  MM